COOLEY GODWARD LLP
JEFFREY G. RANDALL (130811)
RAY BILBEAUX (155317)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

ENTERED
CLERK, U.S. DISTRICT COURT
APR - 7 2000
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
APR 5  4 36 PM '00
CLERK U.S. DIST. CT
CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cadence Design Systems, Inc.,<br><br>         Plaintiff,<br><br>    v.<br><br>Audio DigitalImaging, Inc., an Illinois corporation; ADI Technologies, Inc., a business entity - form unknown; and Jean Monroe, an individual,<br><br>         Defendants. | No. CV 98-9704 DDP (AJWx)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that, pursuant to FRCP 41(a), Plaintiff Cadence Design Systems, Inc. voluntarily dismisses the above-captioned action without prejudice.

Dated: April 4, 2000

    ✓ Docketed
    __ Copies / NTC Sent
    ✓ JS - 5 / JS - 6
    __ JS - 2 / JS - 3
    __ CLSD

COOLEY GODWARD LLP

By: _____
Ray Bilbeaux
Attorneys for Plaintiff
Cadence Design Systems, Inc.

ENTERED ON ICMS
APR - 7 2000

510940 v1/PA
@Y8S01!.DOC
040400/0740

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

APR 0 7 2000

NOTICE OF VOLUNTARY DISMISSAL

1.

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below:

1. **NOTICE OF VOLUNTARY DISMISSAL**

on the following part(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael Zeller, Esq.
Charles Verhoeven, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th fl.
Los Angeles, CA 90017-2543

☒ (BY U.S. MAIL – CCP § 1013a(1)) I am readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid be placed in the United States Postal Service at Santa Clara, California.

☐ (BY PERSONAL SERVICE – CCP § 1013(_)) I caused such envelope(s) to be delivered by hand by this date to the offices of the addressee(s).

☐ (BY FACSIMILE – CCP § 1013(e)) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s) and the transmission was reported as complete and without error to the numbers listed below.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am readily familiar with the practice of Cooley Godward LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under the laws of the United States that

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

C:\WINDOWS\DESKTOP\bidders edge pos.doc

1.

| | |
|---|---|
| 1 | the above is true and correct. |
| 2 | Executed on April 4, 2000, at Palo Alto, California. |
| 3 | |
| 4 | |
| 5 | _____<br>C. Dunaway Gibson |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

C:\WINDOWS\DESKTOP\bidders edge pos.doc

2.